**FILED**
February 1, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 06-0035-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JAYSON OTTIS, ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JAYSON OTTIS, Case No. <u>MAG. 06-0035-GGH</u>, Charge, 18USC§471, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

    X    Unsecured Appearance Bond ($20,000.00)

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    X    (Other)    <u>Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 1, 2006</u> at <u>2:20 p.m.</u>  .

By  /s/ Peter A. Nowinski
Peter A. Nowinski
United States Magistrate Judge