MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MAG 06-035 GGH |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME FOR PRELIMINARY |
| ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| JAYSON OTTIS, ) | |
| ) Defendant. ) | |
| _____) | |

    The parties agree that time beginning February 1, 2006 and extending through March 3, 2006 should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until March 3, 2006.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the government and defense may study the facts of this case, and evaluate a possible pre-indictment disposition.  Further, the Defendant is in drug

1

1  treatment in Southern California, which earlier travel to this
2  District would disrupt unnecessarily.  The parties submit that
3  this interest of justice outweighs the interest of the public and
4  the defendant in a speedy filing of an indictment or information,
5  in accordance with Title 18, United States Code, § 3161(b) and
6  (h)(8)(A), and further that this good cause outweighs the
7  public's interest in the prompt disposition of criminal cases, in
8  accordance with Fed.R.Crim.P. 5(d).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATE: February 1, 2006      By:     /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney


DATE: February 1, 2006              _____
                                    MICHAEL CHASTAINE
                                    Counsel for Jayson Ottis


**SO ORDERED.**

     Dated:  February 6, 2006.

                                     /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge