MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. MAG 06-035 GGH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | EXTEND TIME FOR PRELIMINARY |
| | ) | EXAMINATION AND EXCLUDE TIME |
| JAYSON OTTIS, | ) | |
| Defendant. | ) | |

The parties agree that time beginning March 3, 2006 and extending through March 17, 2006 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until March 17, 2006. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and defense may study the facts of this case, and evaluate a possible pre-indictment disposition. The parties submit that this

1

1 | interest of justice outweighs the interest of the public and the
2 | defendant in a speedy filing of an indictment or information, in
3 | accordance with Title 18, United States Code, § 3161(b) and
4 | (h)(8)(A), and further that this good cause outweighs the
5 | public's interest in the prompt disposition of criminal cases, in
6 | accordance with Fed.R.Crim.P. 5(d).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: March 3, 2006        By:    /s/ Matt Segal
                                  MATTHEW D. SEGAL
                                  Assistant U.S. Attorney

DATE: March 3, 2006

                                  MICHAEL CHASTAINE
                                  Counsel for Jayson Ottis

DATE: March 3, 2006

                                  JAYSON OTTIS,
                                  Defendant

SO ORDERED.

HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge

2